AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Western District of Texas

**FILED**
July 13, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____CM_____
DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Isaiah Marquis LOPEZ | ) | Case No.  **SA:26-MJ-905** |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____07/10/2026_____ in the county of _____Bexar_____ in the
_____Western_____ District of _____Texas_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in Possession of a Firearm. |
| | PENALTIES: Up to 15 years imprisonment, $250,000 fine, 3 years supervised release, and $100 mandatory special assessment. |

This criminal complaint is based on these facts:

See Attached Affidavit in Support of Application

☑ Continued on the attached sheet.

GERALD-RASHID ROBERTS
Digitally signed by GERALD-RASHID ROBERTS
Date: 2026.07.13 17:41:06 -05'00'

*Complainant's signature*

Gerald-Rashid S. Roberts, Special Agent ATF
*Printed name and title*

Sworn to before me via telephone,

Date: _07/13/2026 at 6:27 p.m._

*Judge's signature*

City and state: _____San Antonio, Texas_____    HON. KELLY G. STEPHENSON, U.S. MAGISTRATE JUDGE
*Printed name and title*

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Gerald-Rashid S. Roberts, being duly sworn, do hereby depose and state:

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives and have been since January 2022. I am a graduate of the Criminal Investigator Training Program and the ATF Special Agent Basic Training Academy, both conducted at the Federal Law Enforcement Training Center. I received specialized training concerning violations of the Gun Control Act within Title 18 and the National Firearms Act within Title 26, of the United States Code pursuant to firearms violations. I am a duly sworn agent who is authorized to carry firearms, execute warrants, and make arrests for offenses against the Unites States and to perform such other duties as authorized by law.

2.      Prior to becoming a Special Agent with the ATF, I was employed by the Fairfax County (Virginia) Police Department for 11 years where I worked as a detective. I was assigned to the Major Crimes Bureau where I investigated criminal offenses involving sexual assault, child abuse, and other serious crimes against persons.

3.      Prior to my tenure with FCPD, I was enlisted in the United States Navy where I served as a member of the US Navy Security Forces for more than 6 years. I completed approximately 430 hours of training at Naval Technical Training Center for Law Enforcement. I conducted numerous antiterrorism/personnel protection operations and investigated violations of Uniform Code of Military Justice. My current assignment with the ATF San Antonio I Office, involves the investigation of robberies that affect interstate commerce and violent criminals.

4.      The facts contained in this affidavit are based upon information provided to me by other law enforcement officers and witnesses.  Since this affidavit is made for the limited purpose of supporting a Criminal Complaint, I have not set forth each and every fact learned during the course of the investigation.  Rather, I have set forth only those facts that I believe are necessary to establish probable cause for the crimes charged.  Unless otherwise indicated, where actions, conversations, and statements of others are related herein, they are related in substance and in part only.

## PROBABLE CAUSE

5.      Your Affiant is investigating the Possession of a Firearm and Ammunition by a Prohibited Person.

6.      On July 10, 2026, SAPD Covert Detective Garry Fry #2449 was conducting surveillance at a residence in the 200 block of Parkview Dr San Antonio, TX 78210 for Isaiah Marquis LOPEZ who had an active Bexar County arrest warrant for Aggravated Assault with a Deadly Weapon for an unrelated matter. LOPEZ was also wanted for questioning in relation to the disappearance of his girlfriend and her child. Det. Fry observed an individual matching the physical description of LOPEZ exiting the residence on foot and began walking Westbound on Parkview Dr before turning Northbound onto Oakcrest Ave.

7.      LOPEZ was observed wearing a black hoodie with a large white Nike "Swoosh" logo and a black backpack proceeding on foot through the neighborhood along the surface streets. While observing LOPEZ, law enforcement observed LOPEZ crossing Roosevelt Ave, failing to utilize a crosswalk. SAPD Street Crimes Officers Richard Vega #1070 and Justin Mata #0695 initiated a traffic stop with their overhead lights of their patrol vehicle at which point LOPEZ fled away from the officers.

8.      Officers Vega and Mata pursued LOPEZ on foot and reported observing LOPEZ holding his waistband with his right hand while running and knew that to be consistent with carrying a concealed firearm. Officers Vega and Mata continued pursuing LOPEZ as he jumped over a residential fence to run towards the backyard of a residence in the 1300 block of Roosevelt Ave. Officers Vega and Mata observed LOPEZ attempting to conceal his body under a single-family residence and effected an arrest. LOPEZ was arrested for his state warrant and invoked his right to counsel.

9.      LOPEZ was wearing his black backpack across his back when he was arrested. An inventory of LOPEZ' belongings for his custodial arrest on the State warrant was conducted. Det Carl Bischoff #2139 conducted an inventory of LOPEZ' backpack and located 23 rounds of WIN 380 AUTO FMJ ammunition within another bag inside of the backpack, in addition to 11 rounds of WIN .380 AUTO FMJ ammunition in another section and one round Barnes .380 AUTO hollow point inside of the backpack for a total of 35 rounds of ammunition. LOPEZ's backpack also contained .8 grams of apparent methamphetamine.

10.      SAPD Canine Officer Taylor Hosner #0810 deployed K9 "Dash" in the backyard near where LOPEZ was finally apprehended, consistent with LOPEZ's path of evasion. "Dash" alerted to a teal in color make: Ruger, model: LCP. .380 AUTO, ser# 372445260, pistol containing at least six rounds of .380 AUTO ammunition which matched the brand and caliber of most of the ammo recovered from LOPEZ 's backpack.

11.      Your Affiant conducted a check of LOPEZ's criminal history and found he had been convicted of the felony Aggravated Assault with a Deadly Weapon in 2022 in Bexar County, Texas and was sentenced to four years imprisonment in TDCJ.

12.     Your Affiant conducted a trace of the teal in color make: Ruger, model: LCP. .380 AUTO, ser# 372445260, pistol and found it to have been purchased originally from a federal firearms licensee located in Austin, TX in 2021. The purchaser of the firearm, who also resides in the Austin, TX region was not associated with the addresses of the firearms recovery.

13.     Based on the above, your Affiant believes that there is probable cause to believe that on July 10, 2026, Isaiah Marquis LOPEZ knowingly possessed a firearm and ammunition knowing he had been previously convicted of a felony, in violation of 18 U.S.C. § 922 (g) (1).

GERALD-RASHID ROBERTS
Digitally signed by GERALD-RASHID ROBERTS
Date: 2026.07.13 17:41:41 -05'00'

Gerald-Rashid S. Roberts
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to and subscribed to me on this the __13th__ day of July 2026.

HON. KELLY G. STEPHENSON
UNITED STATES MAGISTRATE JUDGE